IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                NO.  4:10CR00266-002 SWW

LASCHELLE PATTON

### ORDER

The above-named defendant, was sentenced on November 21, 2011 in the United States District Court for the Eastern District of Arkansas. The Court directed the defendant to participate in a residential substance abuse treatment program followed by chem-free living as a condition of her probation. The Court has been advised that a chem-free living program is not available in the Jonesboro area. The probation office advises that she could be placed in outpatient treatment following her residential treatment program. The Court finds that to be acceptable.

IT IS THEREFORE ORDERED that condition number one (1) of the Additional Probation Terms in the defendant's Judgment and Commitment shall be modified as follows:

> 1. The defendant shall participate in a residential re-entry center to be followed by placement in an outpatient substance abuse treatment program under the guidance and supervision of the U. S. Probation Office.

All other conditions of defendant's probation previously imposed shall continue and remain in full force and effect until the expiration of her term of probation.

IT IS SO ORDERED this 1st day of December 2011.

/s/Susan Webber Wright
United States District Judge